IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSHA JAMES MOUNT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:13cv928-TMH |
| ) | (WO) |
| ALTHEA C. TOWNSEND, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On June 5, 2014, the magistrate judge filed a recommendation in this case to which no timely objections have been filed. Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that the recommendation of the magistrate judge (Doc. # 18) is adopted. An appropriate judgment will be entered.

Done this the 15th day of July, 2014.

                                    /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE