IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSHA JAMES MOUNT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALTHEA C. TOWNSEND, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 2:13cv928-TMH<br>(WO) |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is ORDERED and ADJUDGED that this action is dismissed without prejudice.

It is further ORDERED that no costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

Done this the 15th day of July, 2014.

       /s/ Myron H. Thompson    
UNITED STATES DISTRICT JUDGE